FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Robert Gary Moore #402-576
Real Live human being
Western Correctional Institution
13800 McMullen Highway, SW
Cumberland, MD 21502

(Full name, prison identification number and address of the plaintiff)

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 15 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.

Western Correctional Institution
13800 McMullen Highway, SW
Richard J Graham   Cumberland md 21502
Assistant Warden of WCI

Frank B Bishop Jr. Warden of WCI

The Commissioner of Division of Corrections, un known name
6776 Reisterstown Road
Baltimore, md 21215

(Full name and address of the defendant(s))

Civil Action No. JKB-13-1444
(Leave blank on initial filing to be filled in by Court.)

## COMPLAINT

**I.   Previous lawsuits**

    **A.**   Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

          YES ☐    NO ☑

    **B.**   If you answered YES, describe that case(s) in the spaces below.

        **1.**   Parties to the other case(s):

           Plaintiff: _____

           Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1. If you answered YES:

   a. What was the result? _dismissal_

   b. Did you appeal?

   YES ☑   NO ☐

2. If you answered NO to either of the questions above, explain why: _____

### III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Under the Fourteenth Amendment equal protection of the Law I'm being unfairly singled out for being treated differently than the other segregated prisoners, As Protected Custody prisoners and general population prisoners. Both status of Prisoners are Allow to have privileges such as using the microwave and Hot Pot for the food I'm buying from Commissary. I'm on Admin-Segregation, And I'm being excluded from these same privileges and I haven't been found guilty of violating any displinary rules. Under DOC rules and regulations, prisoners are suppose to be afforded these same privileges that P.C and general population are receiving. Admin-Segregation order the same foods as P.C and population, so how is WCI treating me any different than P.C and general population

### IV. Relief
(State briefly what you want the Court to do for you.)

Injunction for Administrative inmates to receive same treatment and the warden and Commissioner Fired From their Jobs. 10,000 for compensation for violating my Amendment rights.

SIGNED THIS __9__ day of, __May__, 2013.

_Robert Gary Moore_
(original signature of plaintiff)

Western Correctional Institution
13800 McMullen Highway, SW
Cumberland, MD 21502
(address of plaintiff)